Opinion issued February 13, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00007-CV

____________


PETER THORNFIELD AND AMERICAN BUILDER AND CONSTRUCTION,
Appellant


V.


GAGE RESIDENTIAL ROOFING, INC., Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 714962






MEMORANDUM OPINION

 This is an appeal from a judgment signed on October 5, 2001. The clerk's
record was filed on January 8, 2002. The reporter's record has not been filed due to
nonpayment, and appellant has not filed his brief. We dismiss this appeal for want
of prosecution. 

 Because appellant has failed to request the reporter's record, is not entitled to
proceed as a pauper, and has failed to pay for or make arrangements to pay for the
preparation of the reporter's record, on January 23, 2003 we ordered that appellant's
appeal was to be decided on those issues or points that do not require a reporter's
record. Tex. R. App. P. 37.3 (c). On January 23, 2003, we further ordered that
appellant's brief be filed by February 3, 2003 or this case will be dismissed for want
of prosecution without further notice. Tex. R. App. P. 38.8 (a)(1). 

 To date, appellant has not filed his brief. Accordingly, for the reasons set forth
in this Court's order dated January 23, 2003, the appeal is dismissed for want of
prosecution. Tex. R. App. P. 42.3 (b). All other pending motions in this appeal are
overruled as moot. 

PER CURIAMPanel consists of Justices Hedges, Alcala, and Higley.